BETANCOURT, DEMANDANTE Y APELADA *v.* LARREGUI, DEMANDADA Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de San Juan, Sección Primera, en pleito sobre alimentos provisionales.

No. 1879.—Resuelto en julio 8, 1919.

DIVORCIO — ALIMENTOS PROVISIONALES PENDENTE LITE — INTERPRETACIÓN DE LA PALABRA "BIENES" EMPLEADA EN EL ARTÍCULO 168 DEL CÓDIGO CIVIL.—La disposición del artículo 168 del Código Civil de que la pensión que a la mujer haya de pasar el marido sea en proporción a los bienes de éste, no está limitado al caso en que el marido tenga bienes propios suyos, pues la palabra "bienes," según dice el artículo 324 del mismo código, es aplicable en general a cualquier cosa que pueda constituir riqueza o fortuna

y por tanto dentro de ese concepto están comprendidos los salarios o suel-
dos que una persona gana por su trabajo. Además, en el texto en inglés
del artículo 168 citado se dice que la cantidad será en proporción a los re-
cursos (*means*) del marido.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Carmelo Honoré.*

Abogado de la apelada: *Sr. Enrique Campillo.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del tri-
bunal.

Clemencia Betancourt alegó y probó ante la corte infe-
rior que está casada con Jacinto Larregui; que tiene inter-
puesta demanda de divorcio; que no cuenta con recursos
para sostenerse ni posee bienes de clase alguna y que su
marido es un mecánico que gana $18 semanales.

La corte inferior condenó al demandado a satisfacer a
su consorte la cantidad de $15 mensuales y en la apelación
que el marido interpuso contra esa sentencia alega como
fundamento para que la revoquemos que la demanda es in-
suficiente y también la prueba porque no se alegó ni probó
que el apelante tenga bienes de su propiedad ya que el sa-
lario que gana no merece el concepto de bienes.

Al disponer el artículo 168 del Código Civil que la pen-
sión que a la mujer· haya de pasar el marido sea en pro-
porción a los bienes de éste, no ha limitado tal obligación
al caso en que el marido tenga bienes propios suyos, como
sostiene el apelante, pues la palabra "bienes", según dice
el artículo 324 del mismo código, es aplicable en general a
cualquier cosa que pueda constituir riqueza o fortuna, y, por
tanto, dentro de ese concepto están comprendidos los salarios o sueldos que una persona gana por su trabajo. Ade-
más, en el texto en inglés del artículo 168 citado se dice que
la cantidad será en proporción a los recursos (*means*) del
marido.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.